| Attorney or Party without Attorney: <br> NEBLETT, BEARD & ARSENAULT <br> 2220 BONAVENTURE COURT <br> ALEXANDRIA, LA 71309 <br> Telephone No: 318-487-9874   FAX No: 318-561-2591 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: JANET L. AREFI-POUR, et al. <br> Defendant: PFIZER, INC. | |

| PROOF OF SERVICE <br> SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV 08 1750 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:    PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   b. Person served:    MARGARET WILSON- PROCESS SPECIALIST

4. Address where the party was served:    818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 24, 2008 (2) at: 2:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PHARMACIA CORPORATION-C/O C.T. CORPORATION, AGENT FOR SERVICE OF PROCESS
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                        d. *The Fee for Service was:*   $75.00
   b. **COUNTRYWIDE PROCESS, LLC**            e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112              (i) Independent Contractor
      VALLEY VILLAGE, CA 91607                   (ii) Registration No.:   3929
   c. (818) 980-7378, FAX (818) 980-5358         (iii) County:            Los Angeles
                                                 (iv) Expiration Date:    Sat, Jun. 07, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Apr. 25, 2008

Judicial Council Form POS-010                    PROOF OF SERVICE                     (BENON DEMIRCHYAN)
Rule 2.150.(a)&(b) Rev January 1, 2007          SUMMONS & COMPLAINT                                    200865313.nebars.66238