| Attorney or Party without Attorney: NEBLETT, BEARD & ARSENAULT 2220 BONAVENTURE COURT ALEXANDRIA, LA 71309 Telephone No: 318-487-9874    FAX No: 318-561-2591 Attorney for: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | |
| Plaintiff: JANET L. AREFI-POUR, et al. | | | | |
| Defendant: PFIZER, INC. | | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: CV 08 1750 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served:        PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   b. Person served:       MARGARET WILSON- PROCESS SPECIALIST

4. Address where the party was served:    818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Apr. 16, 2008 (2) at: 11:04AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  PFIZER, INC.-C/O C.T. CORPORATION SYSTEM, AGENT
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. BENON DEMIRCHYAN                    d. **The Fee** for Service was:    $75.00
   b. **COUNTRYWIDE PROCESS, LLC**        e. I am: (3) registered California process server
      5437 LAUREL CANYON BLVD. #112              (i)  Independent Contractor
      VALLEY VILLAGE, CA 91607                   (ii) Registration No.:   3929
   c. (818) 980-7378, FAX (818) 980-5358         (iii) County:            Los Angeles
                                                 (iv) Expiration Date:    Sat, Jun. 07, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Apr. 16, 2008

Judicial Council Form POS-010                PROOF OF SERVICE                    (BENON DEMIRCHYAN)
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT                 200864623.nebars.65535