1  Justin G. Witkin
   Aylstock, Witkin, Kreis & Overholtz, PLLC
2  55 Baybridge Drive,
   Gulf Breeze, FL 32561
3  (850) 916-7450 Phone
   (850) 932-0280 Fax
4  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>**EDWARD C. JONES, AS ADMINISTRATOR FOR THE ESTATE OF BERNICE C. JONES, INDIVIDUALLY AND EDWARD C. JONES, INDIVIDUALLY, et al v. Pfizer Inc**<br><br>Bernice Jones, et al. v. Pfizer Inc<br>(07-cv-02035-CRB)<br><br>**JANET L. AREFI-POUR, et al v. Pfizer Inc**<br><br>BRENDA ROCCIO, individually and on behalf of her deceased mother, MILDRED ELI,<br>(08-cv-1750-CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42626994.1

DATED: December 11, 2009          By: [signature]

Aylstock, Witkin, Kreis & Overholtz, PLLC
55 Baybridge Drive,
Gulf Breeze, FL 32561
(850) 916-7450 Phone
(850) 932-0280 Fax

*Attorneys for Plaintiffs*

DATED: Dec. 14, 2009          By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 6 2009          [signature]

Hon. Charles R. Breyer
United States District Court